## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HEATHER MCBRIDE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:14-cv-00168-GKF-TLW |
| GC SERVICES, LP, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, HEATHER MCBRIDE ("Plaintiff"), informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

May 27, 2014        By: /s/ Victor R. Wandres
                                             Victor R. Wandres, OBA #19591
                                             4835 South Peoria Ave., Suite 1
                                             Tulsa, OK 74103
                                             Tel: 918-200-9272
                                             victor@paramount-law.net
                                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On May 27, 2014, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to defense counsel, Scott R. Helton at shelton@praywalker.com.

                                               By: /s/ Victor R. Wandres
                                                   Victor R. Wandres