# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Heather McBride,

Plaintiff(s),

vs.                                                        Case Number: 14-cv-168-GKF-TLW

GC Services, LP,

Defendant(s).

### ADMINISTRATIVE CLOSING ORDER

The plaintiff has filed a Notice of Settlement (Dkt. #10) advising the Court that parties have reached a settlement in the case, it is hereby ordered that the Clerk administratively terminate this action in his records, without prejudice to the rights of the parties to reopen the proceedings for good cause shown for the entry of stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If, by July 16th, 2014, the Parties have not reopened for the purpose of obtaining a final determination herein, this action shall be deemed dismissed with prejudice.

IT IS SO ORDERED this 2nd day of July, 2014

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT